**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>       Plaintiff,<br><br>  v.<br><br>KEN SALAZAR, et al.,<br><br>       Defendants,<br><br>  and<br><br>NATIONAL MINING ASSOCIATION,<br><br>       Intervenor-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:09-cv-00115-HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**OPPOSITION OF INTERVENOR-DEFENDANT NATIONAL MINING ASSOCIATION**
**TO DEFENDANTS' MOTION TO DISMISS**

Intervenor-Defendant National Mining Association ("NMA") opposes Defendants'
Motion to Dismiss (Doc. No. 12) because it rests on a pending motion, which NMA opposes, to
vacate the challenged rule ("Excess Spoil, Coal Mine Waste, and Buffers for Perennial and
Intermittent Streams," 73 Fed. Reg. 75,814 (Dec. 12, 2008) ("SBZ Rule")).  Defendants
acknowledge that their Motion to Dismiss is based on arguments made in their Motion for
Voluntary Remand and Vacatur of the SBZ Rule, filed on April 27, 2009 (Doc. No. 10).  NMA
filed an opposition to that Motion for Voluntary Remand and Vacatur on May 11, 2009 (Doc.
No. 13).

NMA does not oppose the unconditional dismissal of this action, which NMA believes
has no merit.  *See* NMA Answer (Doc. No. 4-3).  However, the Defendants' motion to dismiss is

not unconditional.  Rather, it is conditioned on a Court order granting Defendants' motion to vacate the SBZ Rule.  The order would effectively give Plaintiff the relief it seeks, as Defendants acknowledge.  *See* Def. Mot. for Voluntary Remand and Vacatur at 5.  NMA opposes dismissal as long as it is conditioned on vacating the SBZ Rule.

NMA hereby incorporates the arguments in its opposition as to why vacatur of the SBZ Rule is inappropriate, including that it would violate both administrative law and separation of powers principles.  Dismissal of the amended complaint in this action under the conditions attached by Defendants is not appropriate, and in any event is premature until the Court resolves the pending motion to remand and vacate.  Therefore, Defendants' motion to dismiss should be denied.

Respectfully submitted,


*/s/ J. Michael Klise*
J. Michael Klise, No. 412420
jmklise@crowell.com
Kirsten L. Nathanson, No. 463992
knathanson@crowell.com
Jessica A. Hall, No. 977283
jhall@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500

Attorneys for Intervenor-Defendant National Mining Association

Dated:  May 19, 2009