IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:09-cv-00115HHK |
| v. | ) ) | (Judge Henry H. Kennedy) |
| KEN SALAZAR, Secretary of the United States Department of the Interior, GLENDA OWENS, Acting Director of the Office of Surface Mining Reclamation and Enforcement, and LISA P. JACKSON, Administrator of the United States Environmental Protection Agency, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STATUS REPORT

Ken Salazar, Secretary of the United States Department of the Interior ("DOI"); Glenda Owens, Acting Director of the Office of Surface Mining Reclamation and Enforcement ("OSM"); and Lisa P. Jackson, Administrator of the United States Environmental Protection Agency ("Federal Defendants"), through undersigned counsel, provide this status report to the Court.

The attached declaration of Glenda H. Owens, Acting Director and Deputy Director of the OSM, provides the status of DOI's consideration of the regulation entitled "Excess Spoil, Coal Mine Waste, and Buffers for Perennial and Intermittent Streams, 73 Fed. Reg. 75,814 (Dec. 12, 2008), that is the subject of this litigation.

Respectfully submitted,    JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

Brian H. Lynk, D.C. Bar No. 459525
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-6187 (telephone)
(202) 514-8865 (facsimile)
brian.lynk@usdoj.gov

By:    /s/ Ruth Ann Storey
Ruth Ann Storey
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0493 (telephone)
(202) 514-8865 (facsimile)
ruth.ann.storey@usdoj.gov

Mark Arthur Brown, D.C. Bar No. 470050
United States Department of Justice
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0204 (telephone)
(202) 305-0275 (facsimile)
mark.brown@usdoj.gov

DATED: October 30, 2009    *Attorneys for the United States*